

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*                          *Suite 400*                        DIRECT: 410-209-4942
*Assistant United States Attorney*         *36 S. Charles Street*             MAIN: 410-209-4800
*Patricia.McLane@usdoj.gov*                *Baltimore, MD 21201-3119*         FAX: 410-962-0717

May 13, 2025

The Honorable Brendan A. Hurson
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      RE:    Status Report for <u>United States of America v. Joyner,</u>
                BAH-24-0065

Dear Judge Hurson:

      The Government submits this status report in the above-captioned case pursuant to the Court's paperless Order on March 11, 2025. ECF No. 176. Mr. Joyner is now the only defendant pending in this matter.

      **<u>Status of Charged Defendant:</u>** Mr. Joyner is on pre-trial release.

      **<u>Plea:</u>** Mr. Joyner has not come to an agreement with the Government. The parties have discussed how to resolve this matter short of trial. The Government sent a formal written plea prior to submitting a request for an additional speedy trial exclusion. The Defendant is consider this offer.

      **<u>Co-Defendant Status:</u>** Mr. Couplin entered a plea of guilty on September 25, 2024. The Court sentenced Mr. Couplin to 36 months that same day.

      Mr. White entered a plea of guilty on October 17, 2024. ECF No. 114. The parties shall contact chambers for a sentencing hearing date.

      Mr. Jones entered a plea of guilty on January 17, 2025. ECF No. 147. The Court sentenced Mr. Jones to 37 months' imprisonment on March 28, 2025. ECF No. 184.

      Mr. Torbit entered a plea of guilty on February 5, 2025. ECF No. 161. The Court sentenced Mr. Torbit to 60 months' imprisonment that same day. ECF No. 165.

      Mr. Felder entered a plea of guilty on April 24, 2025. ECF No. 191. The Court sentenced Mr. Joyner to 42 months' imprisonment that same day. ECF No. 195.

      **<u>Motions</u>**: Neither party is requesting a pre-trial motions deadline at this time.

**Speedy Trial:**  The Government requested, and the Court granted a motion, to exclude time from the speedy trial clock through June 10, 2025.  ECF Nos. 198, 199.

**Discovery:**  The Government is not aware of any issue with the productions to date.  The Government is committed to working with counsel to resolve any disputes before involving the Court.

The Government respectfully requests the Court order (if so inclined) another status report after June 10, 2025.

Very truly yours,

Kelly O. Hayes
United States Attorney

_____/s/_____
Patricia McLane
Assistant United States Attorney